1  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
2  PAUL D. BARKER, JR.
   BEVERLY F. LI
3  United States Department of Justice
   P.O. Box 663
4  Washington, DC 20044-0663
   Telephone: (202) 305-0492
5  Facsimile: (202) 514-8865

6  McGREGOR W. SCOTT
   United States Attorney
7  EDMUND F. BRENNAN
   Assistant United States Attorney
8  501 I Street, Suite 10-100
   Sacramento, California 95814
9  Telephone: (916) 554-2766

10 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | Civil No. 2:05-cv-0299 MCE-PAN <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE OVERLENGTH OPENING SUMMARY JUDGMENT BRIEF |

The Court hereby GRANTS Defendant United States Forest Service's unopposed motion to file over length opening summary judgment brief (Docket # 25).

///

///

///

///

///

///

1 | The parties shall be permitted to file an opening memoranda of up to 30 pages in length in
2 | support of their motions for
3 | summary judgment.
4 |     IT IS SO ORDERED.
5 | DATED: January 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE