Iryna A. Kwasny, State Bar No. 173518
Environmental Law Foundation
1736 Franklin Street, 9th Floor
Oakland, CA  94612
Ph (510) 208-4555
Fax (510) 208-4562

Susan Jane M. Brown, WSB # 31224, OSB # 054607
Pacific Environmental Advocacy Center
10015 SW Terwilliger Boulevard
Portland, OR  97219
Ph (503) 768-6823
Fax (503) 768-6642

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Civ. Case No. 2:05-cv-0299 MCE-PAN<br><br>JOINT UNOPPOSED STIPULATION AND ORDER |

///

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to FRCP 15(a) and Local Rule 15-220, the parties in this matter stipulate that the Defendant United States Forest Service does not oppose Plaintiff's filing a Second Amended Complaint in this matter.

DATED this 27th day of January 2006.

                          Respectfully submitted,

                          /s/ Susan Jane M. Brown
                          Susan Jane M. Brown
                          Pacific Environmental Advocacy Center
                          10015 SW Terwilliger Boulevard
                          Portland, OR  97219
                          Ph (503) 768-6823
                          Fax (503) 768-6642

                          *Counsel for Plaintiffs*

                          /s/ Beverly Li (as authorized on 1/26/06)
                          Beverly Li
                          Trial Attorney
                          U.S. Department of Justice
                          Environment and Natural Resources Division
                          Natural Resources Section
                          P.O. Box 663
                          Washington, DC 20044-0663
                          Phone: (202) 353-9213
                          Fax:   (202) 305-0274

                          *Counsel for Defendant*

**IT IS SO ORDERED.**

DATED: February 3, 2006

                          MORRISON C. ENGLAND, JR
                          UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com