IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>                Defendant. | Civil No. 2:05-cv-0299-MCE-PAN<br><br>ORDER APPROVING JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE |

For the reasons stated in the parties' Joint Stipulation to Continue Pretrial Schedule Pending Ruling on Cross Motions for Summary Judgment filed March 28, 2006, the Stipulation is hereby APPROVED this 29th day of March, 2006.  The pretrial conference date of June 5, 2006 is vacated and reset for August 7, 2006 at 02:30 p.m.  The trial date of July 12, 2006 is vacated and reset for October 4, 2006 at 09:00 a.m.

Based on the new trial date of October 4, 2006, the Court orders the  following new deadlines:

| | |
|---|---|
| Motions in Limine; *Daubert/Kumho* Motions | September 13, 2006 |
| Oppositions to Motions in Limine; Oppositions to motions - filing date *Daubert/Kumho* | September 20, 2006 |
| Replies to Oppositions to Motions in Limine; Replies to Oppositions to *Daubert/Kumho* Motions | September 27, 2006 |
| Motions in Limine hearing date; *Daubert/Kumho* Motions hearing date (shall be noticed for this date) | October 3, 2006 at 02:00 p.m. |
| Exchange date of exhibits between the parties | September 20, 2006 |
| Objections to exhibits; Trial briefs; Agreed Joint Statement of the Case | September 27, 2006 |
| Alternate arrangements due date with the Courtroom Deputy to present exhibit binder to the Court | September 27, 2006 |
| exchange date of discovery documents between the parties; exchange date of interrogatories between the parties | September 27, 2006 |
| Joint set of Voir Dire questions;  Joint set of jury instructions; Joint verdict form; Objection(s) to voir dire questions | September 27, 2006 |
| Objection memorandum to jury instructions; Objection(s) to verdict form | ( same day as trial) |
| Written request for audio/visual training prior to commencement of trial | September 13, 2006 |
| Obtain status of trial date with Courtroom Deputy Clerk | September 27, 2006 |

DATE: 3-29-06

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE