SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213
Fax: (202) 514-8865

McGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Tel: (916) 554-2700
david.shelledy@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendant. | Case No. 2:05-cv-0299-MCE-EFB<br><br>STIPULATED AGREEMENT AND ORDER REGARDING ATTORNEYS' FEES |

WHEREAS, Plaintiffs Klamath Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance challenge under the National Environmental Policy Act ("NEPA") the adequacy of the Record of Decision and the Final Environmental Impact Statement that Defendant the Forest Service prepared for the Meteor Project in the

STIPULATED AGREEMENT REGARDING ATTORNEYS' FEES AND ORDER
No. 2:05-cv-0299-MCE-EFB                                                                                                    1

Klamath National Forest;

WHEREAS, this Court in its Memorandum and Order dated July 14, 2006, held that the Project did not conform with NEPA on several grounds, finding that the Forest Service failed to adequately analyze effects of harvesting large trees, failed to adequately disclose information showing compliance with Forest Plan requirements for snag and green tree retention, failed to adequately disclose natural background turbidity levels, and improperly tiered to environmental assessments;

WHEREAS, Plaintiffs have indicated that they intend to seek attorneys' fees and costs for their prosecution of this litigation, and Defendant would oppose such a motion;

WHEREAS, Plaintiffs and Defendant (collectively, "the Parties") believe that it is in the interests of judicial economy to avoid litigating a request for attorneys' fees and costs and to avoid diverting Agency resources;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate and agree to the following:

1. Defendant agrees to pay the lump sum total of forty-nine thousand, eight hundred dollars ($49,800) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, for all attorneys' fees and costs incurred by Plaintiffs, individually and/or severally, in this litigation through and including the date this stipulated agreement is executed by Plaintiffs.

2. Defendant will make full payment within sixty (60) days of filing this Agreement with the Court.

3. Plaintiffs agree that receipt of this payment from Defendant shall operate as a release of any and all claims for attorneys' fees and costs that Plaintiffs may seek to pursue in this matter relating to the litigation or settlement through the date of this Agreement.

///

///

///

4. The Forest Service's payment, as identified in Paragraph 2 above, shall be accomplished by the Forest Service using an electronic fund transfer to deposit the $49,800.00 settlement amount into the Client Trust Account of Plaintiffs' attorneys, the Pacific Environmental Advocacy Center ("PEAC"). Plaintiffs' attorneys shall provide the appropriate account number to the undersigned Forest Service counsel. Thereafter, the Forest Service shall make the electronic fund transfer to the specified account of:

> Pacific Environmental Advocacy Center
> IOLTA Trust Account
> Key Bank
> Mailcode: OR-20-99-0034
> 6335 SW Capitol Highway
> Portland, OR 97239.

5. Plaintiffs and PEAC agree to hold harmless Defendant in any litigation, further suit, or claim arising from the deposit of the agreed-upon $49,800.00 settlement amount into the PEAC Client Trust Account identified in Paragraph 4 above.

6. If the Forest Service does not provide full payment within 60 days of the Parties' filing this Agreement with the Court, interest on any unpaid amount shall accrue beginning on the 61st day after the filing this Agreement with the Court. The rate of interest for any unpaid amount shall be the rate of interest specified in 28 U.S.C. § 1961.

7. Nothing in the terms of this Stipulated Agreement shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

8. No provision of this Stipulated Agreement shall be interpreted as or constitute a commitment or requirement that Defendant obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

9. This Settlement Agreement does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit. This Stipulation has no precedential value and shall not be used as evidence of such in any litigation, including any and all claims for attorneys' fees and costs that Plaintiffs may accrue or seek for work conducted after the date of this Agreement.

///

///

10. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the Parties to it.

IT IS HEREBY AGREED.

Date: January 18, 2007

   /s/ Susan Jane Brown
Susan Jane Brown
Pacific Environmental Advocacy Center
10015 SW Terwiliger Boulevard
Portland, OR 97219
Tel: 503-768-6823
Fax: 503-768-6642
Attorney for Plaintiffs

Date: January 18, 2007

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ Beverly F. Li
BEVERLY F. LI
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources
Division-NRS
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 353-9213
Fax: (202) 514-8865
Attorney for Defendants

IT IS SO ORDERED.

Dated: January 24, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE